| Index of Administrative Record<br>**REGIL JESUS v. JADDOU, Ur**<br>District of Vermont, Case Number 2:23-cv-00034 | | |
|---|---|---|
| **Description** | **Date** | **Page Number(s)** |
| 1. Certification of Administrative Record by Lynn A. Boudreau, Associate Portfolio Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services, Department of Homeland Security | Apr. 23, 2025 | 1-2 |
| 2. USCIS Proposal "U Nonimmigrant Bona Fide Determination Process (U BFD)." | Jan. 11, 2021 | 001-004 |
| 3. USCIS Excel Spreadsheet "I-918, Petition for U Nonimmigrant Status Pending Petitions by BFD Status As of March 31, 2025." | Mar. 31, 2025 | 005 |
| 4. USCIS Excel Spreadsheet "Forms Pending at SCOPS By Fiscal Year As of September 30, 2020 and September 30, 2021." | Sep. 30, 2021 | 006-008 |
| 5. USCIS Printout "Historical National Median Processing Time (in Months) for All USCIS Offices for Select Forms By Fiscal Year," from https://egov.uscis.gov/processing-times/historic-pt (last accessed April 25, 2025). | Apr. 8, 2025 | 009-017 |
| 6. USCIS Policy Alert PA-2021-13, regarding "Bona Fide Determination Process for Victims of Qualifying Crimes, and Employment Authorization and Deferred Action for Certain Petitioners." | Jun. 14, 2021 | 018-020 |
| 7. USCIS Policy Manual, Volume 3, Part C, Chapter 4 "Adjudication," from https://www.uscis.gov/policy-manual/volume-3-part-c-chapter-4 (last accessed April 25, 2025). | Current as of Jan. 15, 2025 | 021-023 |
| 8. USCIS Policy Manual, Volume 3, Part C, Chapter 5 "Bona Fide Determinations," from https://www.uscis.gov/policy-manual/volume-3-part-c-chapter-5 (last accessed April 25, 2025). | Current as of Jan. 15, 2025 | 024-032 |
| 9. USCIS Policy Manual, Volume 3, Part C, Chapter 5 "Bona Fide Determinations" Appendix: Bona Fide Determination Process Flowchart from | | 033 |

| | | |
|---|---|---|
| https://www.uscis.gov/sites/default/files/document/policy-manual-resources/Appendix-BonaFideDeterminationProcessFlowchart.pdf (last accessed April 25, 2025). | | |
| 10. USCIS Policy Manual, Volume 3, Part C, Chapter 6 "Waiting List," from https://www.uscis.gov/policy-manual/volume-3-part-c-chapter-6 (last accessed April 25, 2025). | Current as of Jan. 15, 2025 | 034-037 |
| 11. USCIS Policy Manual, Volume 3, Part C, Chapter 7 "Final Adjudication," from https://www.uscis.gov/policy-manual/volume-3-part-c-chapter-7 (last accessed April 25, 2025). | Current as of Jan. 15, 2025 | 038-042 |
| 12. USCIS Policy Manual, Volume 3, Part C, Chapter 7 "Final Adjudication," Appendices A-C, from https://www.uscis.gov/policy-manual/volume-3-part-c-chapter-7 (last accessed April 25, 2025). | Current as of Jan. 15, 2025 | 043-050 |
| | | |